**Order filed June 27, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00327-CV
_____

## IN RE JOANNE WILKIE (BROCHSTEIN) MANCHA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-45190**

---

## ORDER

This is an original proceeding filed April 17, 2013. Relator filed an affidavit of indigence on April 4, 2013. On May 31, 2013, this court sent a copy of relator's affidavit of indigence to the court reporter for the 312th District Court. *See* Tex. R. App. P. 20.1(d)(2). A contest to the affidavit of indigence was due within 15 days of the date of the court's notice.

No contest was filed.  Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payment of costs.  Tex. R. App. P. 20.1(f). Therefore, relator is deemed indigent and entitled to proceed without advance payment of costs.

Accordingly, the official court reporter for the 312th District Court is directed to file the reporter's record of the hearing held March 5, 2013 **within 30 days** of the date of this order.

PER CURIAM